

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00062-CV

Toribio "Terry" Palacios, in his Official Capacity as Hidalgo County District Attorney
v.
Monty George Stumbaugh

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Court Cause No. C-4371-23-F

## <u>JUDGMENT</u>

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment and dismisses the case. The Court orders the judgment vacated and the case is DISMISSED in accordance with its opinion. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

June 13, 2024